# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

In Re:  

Charles Franklin Estes, Jr.  
Lynne Ann Estes  

Debtors.

Case No. 19-71120  

Chapter 13  

Hon. Judge Mary P. Gorman

### OBJECTION TO CONFIRMATION OF PLAN FILED ON 07/31/19

    **NOW COMES** U.S. Bank Trust National Association as Trustee of Tiki Series III Trust, and/ or its assigns (hereinafter "Creditor"), by and through its attorneys, Sottile & Barile LLC, and moves this Honorable Court for an Order denying confirmation of Debtors' plan filed on 07/31/19 and in support thereof states as follows:

1. Debtors' filed a petition under Chapter 13 of Title 11, United States Bankruptcy Code on 07/31/2019 and this Court has jurisdiction pursuant to 28 U.S.C. §1334 and Internal Operating Procedure 15(a) of the United States District Court for the Central District of Illinois.

2. Creditor intends to file a claim secured by an interest in the real property commonly known as 25971 N COUNTY ROAD 2500 E, MANITO, IL 61546 and that the Chapter 13 plan herein proposes that Debtors' cure the pre-petition arrearage claim and claim shall be paid in full through the Chapter 13 Trustee.

3. The proposed plan provides for pre-petition arrears to be paid in the amount of $21,524.43 but also indicates the claim will be crammed down to an estimated value of $190,722.00 with an estimated total principal and interest payment of $84,774.00. The property is not subject to cramdown as this is a first mortgage and Debtors' primary residence.

4. That sufficient grounds exist for denial of confirmation as Debtors' plan:

    a. Debtor's Plan is ambiguous as to the treatment of Creditor.

5. Creditor has incurred attorney fees and/or costs in connection with this bankruptcy proceeding subject to court approval, including:

    $500.00 for Objection to confirmation of the Chapter 13 plan including plan review and attending confirmation, if not separately billed.

**WHEREFORE**, U.S. Bank Trust National Association as Trustee of Tiki Series III Trust, prays this Court deny confirmation of the plan allowing the fees and costs described herein to be added to the indebtedness pursuant to the terms of the note and mortgage, and for such other and further relief as this Court may deem just and proper.

DATED: August 21, 2019                         Respectfully Submitted,

                                               /s/ Jon J. Lieberman
                                               Jon J. Lieberman (OH 0058394)
                                               Sottile & Barile, Attorneys at Law
                                               394 Wards Corner Road, Suite 180
                                               Loveland, OH 45140
                                               Phone: 513.444.4100
                                               Email: bankruptcy@sottileandbarile.com
                                               Attorney for Creditor

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on August 21, 2019 a copy of the foregoing has been duly electronically noticed to the following parties:

    Monroe D. McWard, Debtors' Counsel at bkclerk@mcwardlaw.com

    Marsha L. Combs-Skinner, Trustee at Trusteecs@Danville13.com

    Office of the U.S. Trustee at (registeredaddress)@usdoj.gov

And deposited in the United States mail, postage prepaid, addressed to the following parties:

    Charles Franklin Estes, Jr., Debtor
    Lynne Ann Estes, Debtor
    25971 N CR 2500 E
    Manito, IL 61546

                                               /s/ Jon J. Lieberman
                                               Jon J. Lieberman (OH 0058394)
                                               Attorney for Creditor