# CHAPTER 13 CONFIRMATION REPORT

Debtor(s) Name: Charles Franklin Estes, Jr.  
Lynne Ann Estes

Case No.: 19-71120

Appearances at First Meeting: Monroe McWard, Attorney for the Debtor

## Plan Information

X Plan ___ Amended Plan  
Plan Payment: $3,177.83 for 60 months

Plan Term: 60 months    Approx. 0.00% Plan

| | |
|---|---|
| Priority Creditors | $ - |
| Arrearage | $ 21,524.43 |
| Secured Creditors: | $ 243,227.10 |
| Special Unsecured | $ - |
| General Unsecured | $ (95,148.71) |
| Attorney Fee: | $ 2,000.00 |
| Trustee Fee: | $ 19,066.98 |
| Total Plan: | $ 190,669.80 |

Wage Deduction ___ Yes   X No  
Direct Payments: None

Other: ___

## Means Test Information

X Over Median    ___ Under Median  
X Income Verified  
X Form 122C-2 approved by Trustee  
___ Form 122C-2 contested by Trustee  
    ___ Income    ___ Standard Deductions  
    ___ Additional Expense Deductions  
    ___ Debt Payment  
___ Amended Form 122C-2 to be filed

| | |
|---|---|
| Line 45-Mo. Disposable Income | $ 2,970.08 |
| Sixty Month Total: | $ 178,204.80 |
| Total Plan Distribution to Unsecured Creditors: | $ (95,148.71) |
| Estimated General Unsecured: | $ 20,670.24 |

## Trustee Recommendations

___ Confirm Plan as filed  
___ Confirm Plan with the following Changes:

X Amended Plan to be filed within 14 days  
___ Amended Schedule ___ to be filed within ___ days  
___ Request Confirmation Hearing  
    *Feasibility*    *Best Interest of Creditors Test*    *Valuation of Collateral*  
    *Excess Disposable Income*    *Other:*  
X Other: 28 days for PNC statements 7/11 to 7/31 for both accounts; 2015/16 Fed and State taxes  
Filed Plan objection explains need for an Amended Plan

Signed: /s/ Ken Siomos    Dated: 9/11/2019  
Ken Siomos, Staff Attorney